IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NIKIFOROS P. KALFOUNTZOS,

        Plaintiff,                    No. CIV S-11-1080 EFB

    vs.

MICHAEL J. ASTRUE, Commissioner
of Social Security,

        Defendant.               ORDER
_____/

       Defendant has filed a motion to dismiss for lack of jurisdiction. Within 21 days of the date of this order, plaintiff shall file an opposition or statement of no opposition to defendant's motion. Within 7 days thereafter, defendant may file a reply brief. Plaintiff is admonished that failure to file an opposition may result in dismissal of this action.

       IT IS SO ORDERED.

DATED: August 23, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE